KP

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED**
12/17/2019 KP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**



RECEIVED

NOV 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TRINA DOWNS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Village of Dolton
Sonye London, Janice
Johnson, Elizabeth Scott
Riley Rogers (Mayor)

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

19CV7266
Judge Pacold
Mag. Judge Cox

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: _Trina   L.   Downs_

B.    List all aliases: _____

C.    Prisoner identification number: _____

D.    Place of present confinement: _____

E.    Address: _15101 Grant Street, Dolton, IL 60419_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Sonye   London_

      Title: _Executive Assistant to Mayor of Dolton_
      Place of Employment: _Water Department manager / Director_
      _Village of Dolton_

B.    Defendant: _Janice Johnson_

      Title: _Director of Administrative Affairs_

      Place of Employment: _Village of Dolton_

C.    Defendant: _Elizabeth Scott_

      Title: _Village Administrator_

      Place of Employment: _Village of Dolton_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II
D

Defendant: Riley Rogers

Title: Mayor Village of Dolton

Place of Employment: Village of Dolton

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made:_____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

The Village of Dolton has been billing me fraudulently from the first bill received by charging me from a previous balance that was not mine and billing me based off fraudulent meter numbers causing me to pay the previous balance plus my usage. The Village of Dolton continues unethical practices by not sending shut-off notices or 10 day notices allowing time to dispute the bill and not giving any warning shutting water off from the street to me and other residents of Dolton. The village of Dolton owes me a minimum of $109.00 — $1400.00+ dollars due to fraudulent billing. The Village of Dolton terminated my water supply April 17, 2019 September 26, 2019 and October 30, 2019 with no due process and used the police to intimidate and harrass me when discussing my Bill on 8/22/2019 and September 26, 2019 at the Village of Dolton offices.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The Village of Dolton has not responded to my emails Regarding fraudulent billing. The Village of Dolton has denied all requests to restore service from Trina Downs (petitioner) as well as paralegals from the Attorney General Office of Kwame Raoul. The Village of Dolton Manager Sonye London has not participated in hearing my dispute. The Village Director of Administrative Services (Janice Johnson) has not returned calls or made any effort to resolve this issue nor the Village Administrator Elizabeth Scott. The Mayor of the Village of Dolton Riley Rogers and the Village of Dolton Administrator Elizabeth Scott both know there was incorrect billing since 2015. neither has resolved the issue neither have corrected the ongoing fraud in the Village of Dolton. These attacks on my water supply terminating service is retalitory because I have voiced my opinion in public forums regarding Corruption in Dolton and my Youtube Channel exposing the fraudulent practices of the Village of Dolton

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant an order to restore water services with an temporary restraining order. Grant a court appointed attorney and a preliminary injunction and emergency injunction so that I will not accure further hardships from the water supply termination.

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

NOVEMBER 1,2019 1:00PM

TO ALL PARTIES AT THE VILLAGE OF DOLTON; Sonye London, Elizabeth Scott, Janice Johnson, Riley Rogers

I am going to the NORTHERN DISTRICT OF ILLINOIS U.S.DISTRICT COURT in CHICAGO to file an EMERGENCY TRO, INJUNCTION and PRELIMINARY INJUNCTION on 11/01/2019 or soon after because of fraud and abuse by the Village of Dolton.

The Village of Dolton water department did not start my account billing at a zero balance my account was started at a $2,420.16 balance the Village of Dolton fraudulently billed me from a 254 start on a meter reading prior readings when prior meter readings were 288 on the meter. The fraudulent 254 meter reading has subjected me to pay more for water than I used at a rate of 34 extra units per billing cycle since my first bill starting on April 1st 2012 thru July1, 2015. A year later October1, 2012 shows a meter reading of 284 that is four units behind the meter reading 288 for October 1, 2011.

The Village of Dolton billing inquiry and billing shows the fraudulent billing in the before and after balance and the billed section. FROM THE FIRST BILL SENT the Village of Dolton deducted CASH payments made from my account billing and added penalty charges from my billing and offset the previous balance of $2420.16 that was not mine. This is reflected in balance before and balance after and the billing and payments on the history inquiry. The Village of Dolton FRAUDULENTLY BILLED ME SINCE THE FIRST BILL AND USED FRAUDULENT METER NUMBERS TO OFFSET THE BALANCE OF $2420.16 AND NOT MY ACTUAL USE.

The Village of Dolton sent a UTILITY STATEMENT letter dated for May 19th 2016 stating that I NEVER paid money on my water bill account and I owe $1081.98 when in fact I have PAID $2,500 ALL CASH PAYMENTS by May 19th 2016 on my water bill account. That is an overpayment of $1418.02

When I received a miscellaneous bill from the Village of Dolton and had not ever received miscellaneous on October 1,2015 billing I spoke with Village administrator Stan Urban in regards to overpayment and fraudulent meter numbers on my bill and informed him that my billing is NOT correct and also informed him that I've been overcharged and charged the previous balance and the accounting practices regarding my bill are fraudulent.

Stan Urban informed me that he will adjust billing for me and having my bill adjusted until I'm AS CLOSE TO 911 on my meter. Stan Urban stated he would not give me a cash refund or any other Dolton resident. My bill was only adjusted to May19 ,2016 because Stan Urban was fired from the Village of Dolton. Because my bills were not adjusted I was overcharged in the amount of $613.27 The total amount to be adjusted for August 4th 2016 October 31st 2016 February 21st 2017 June 13th 2017 and September 13th 2017 amount to $613.27 remains on the account to date. Since the adjustment stopped it has now caused me to for meter usage at 68 units more each billing cycle twice as much as the beginning when the problem began at 34 units in 2012.

On April 17,2019 my water was shut off without a shut off notice or ten day notice. Payment was made for $875.00. On September 26,2019 my water was shut off with no shutoff notice or ten day notice. On October 30,2019 my water was shut off with no shut off notice and in the same month I paid to have water restored .Payment was made on OCTOBER 1,2019 for $659.40 and a $75.00 reconnection fee. On OCTOBER 30,2019 MY WATER WAS SHUT OFF WITH NO SHUT OFF NOTICED OR 10 DAY NOTICE.

I should have only been billed starting from the 911 meter entry the last billing cycle on July 30th 2019 1160 meter reading use on my water bill my bill also shows for July 30,2019 that I have used zero consumption when I have paid for the minimum consumption of 10 units so the new reading should be 1170 units.

The accounting and actual money owed to the Village of Dolton shows as followed

239 units of water at $5.61per      $1,340.79
Four cycles of refuse at $54.87      $219.48
9 cycles of refuse at $61.50      $553.50
13 billing cycles of sewage totals      $198.40

Total payment owed to the   Village of Dolton      $2,312.17
Total amount of payments made to Village of Dolton $1808.40
Leaves a balance of      $503.77
minus the adjustment of the $613.27 never made
equals      $109.50 owed to the PETITIONER from the Village of Dolton Water Department

****not including questionable charges from the Utility Statement sent from the Village of Dolton.
 *** THE FOLLOWING DOCUMENTS WILL BE PRESENTED TO THE COURT (SEE ATTACHED PAPER WORK)

SYS DATE 093019  [URIWIN]  VILLAGE OF DOLTON  SYS TIME 10:54

U/B  H I S T O R Y  I N Q U I R Y

DATE: 09/30/19  Monday September 30, 2019  PAGE: 1

DATE RANGE FROM 09/30/2011 THRU 09/29/2021

| DATE | TR CODE | DESCRIPTION | AMOUNT | OLD READING | NEW READING | CONSUM UNITS | SERVICE FROM/TO DATES | EST | BALANCE BEFORE | BALANCE AFTER |
|------|---------|-------------|--------|-------------|-------------|--------------|----------------------|-----|----------------|---------------|
| 2081680100 | | | | | 15101 GRANT STREET | | | | | |
| 10/01/11 | BI | Regular Bill | 256.24 | 288 | 288 | | 06/30/11 09/30/11 | | | |
| 11/10/11 | CP | PAYMENT | 258.00 | | | | | | 2678.16 | 2420.16 |
| 04/01/12 | BI | Regular Bill | 84.04 | 254 | 254 | | 12/31/11 03/31/12 | | 2420.16 | 2422.35 |
| 05/14/12 | PI | Penalty Bill | 2.19 | | | | | | | |
| 07/01/12 | BI | Regular Bill | 196.93 | 254 | 269 | 15 | 03/31/12 06/30/12 | | 2422.35 | 2425.64 |
| 08/16/12 | PI | Penalty Bill | 3.29 | | | | | | | |
| 08/24/12 | CP | PAYMENT | 100.00 | | | | | | 2425.64 | 2325.64 |
| 10/01/12 | BI | Regular Bill | 219.50 | 269 | 284 | 15 | 06/30/12 09/30/12 | | 2325.64 | 2328.93 |
| 11/19/12 | PI | Penalty Bill | 3.29 | | | | | | | |
| 12/10/12 | CP | PAYMENT | 100.00 | | | | | | 2328.93 | 2228.93 |
| 01/01/13 | BI | Regular Bill | 589.86 | 284 | 374 | 90 | 09/30/12 12/31/12 | | 2228.93 | 2248.64 |
| 02/15/13 | PI | Penalty Bill | 19.71 | | | | | | | |
| 03/07/13 | CP | PAYMENT | 150.00 | | | | | | 2248.64 | 2098.64 |
| 04/01/13 | BI | Regular Bill | 642.68 | 374 | 402 | 28 | 12/31/12 03/31/13 | | 2098.64 | 2104.77 |
| 05/17/13 | PI | Penalty Bill | 6.13 | | | | | | | |
| 07/01/13 | BI | Regular Bill | 868.92 | 402 | 436 | 34 | 03/31/13 06/30/13 | | 2104.77 | 1604.77 |
| 08/30/13 | CP | PAYMENT | 500.00 | | | | | | | |
| 09/13/13 | CP | PAYMENT | 50.00 | | | | | | 1604.77 | 1554.77 |
| 10/01/13 | BI | Regular Bill | 652.77 | 436 | 480 | 44 | 06/30/13 09/30/13 | | 1554.77 | 1154.77 |
| 12/05/13 | CP | PAYMENT | 400.00 | | | | | | | |
| 01/01/14 | BI | Regular Bill | 555.50 | 480 | 531 | 51 | 09/30/13 12/31/13 | | 1154.77 | 954.77 |
| 03/07/14 | CP | PAYMENT | 200.00 | | | | | | | |
| 04/01/14 | BI | Regular Bill | 591.67 | 531 | 566 | 35 | 12/31/13 03/31/14 | | 954.77 | 854.77 |
| 06/13/14 | CP | PAYMENT | 100.00 | | | | | | | |
| 07/01/14 | BI | Regular Bill | 769.28 | 566 | 609 | 43 | 03/31/14 06/30/14 | | 854.77 | 754.77 |
| 09/11/14 | CP | PAYMENT | 100.00 | | | | | | | |
| 10/01/14 | BI | Regular Bill | 946.89 | 609 | 652 | 43 | 06/30/14 09/30/14 | | 754.77 | 765.48 |
| 11/18/14 | PI | Penalty Bill | 10.71 | | | | | | | |
| 12/09/14 | CP | PAYMENT | 200.00 | | | | | | 765.48 | 565.48 |
| 01/01/15 | BI | Regular Bill | 1045.96 | 652 | 695 | 43 | 09/30/14 12/31/14 | | 565.48 | 576.72 |
| 02/23/15 | PI | Penalty Bill | 11.24 | | | | | | | |
| 04/01/15 | BI | Regular Bill | 1344.47 | 695 | 735 | 40 | 12/31/14 03/31/15 | | 576.72 | 23.28- |
| 05/13/15 | CP | PAYMENT | 600.00 | | | | | | | |
| 05/23/15 | PI | Penalty Bill | 11.22 | | | | | | 23.28- | 12.06- |
| 07/01/15 | BI | Regular Bill | 1060.39 | 735 | 778 | 43 | 03/31/15 06/30/15 | | 12.06- | .00 |
| 09/04/15 | PI | Penalty Bill | 12.06 | | | | | | | |
| 10/01/15 | BI | Misc Penalty | 23.28 | | | | 10/01/15 10/01/15 | | | |
| 10/01/15 | BI | Misc Refuse | 164.61 | | | | 10/01/15 10/01/15 | | | |
| 10/01/15 | BI | Misc Sewer | 25.20 | | | | 10/01/15 10/01/15 | | | |
| 10/01/15 | BI | Misc Water | 859.36 | | | | 10/01/15 10/01/15 | | | |
| 10/01/15 | BI | TOTAL | 1072.45 | | | | | | .00 | 1072.45 |
| 10/01/15 | UA | ADJUSTMENT | 549.60- | 684 | | | | | 1072.45 | 522.85 |
| 10/01/15 | UA | ADJUSTMENT | 499.57- | 911 | | | | | 522.85 | 23.28 |
| 10/29/15 | BI | Garbage TRAS | 54.87 | | | | 07/01/15 09/30/15 | | | |
| 10/29/15 | BI | Sewer SEWE | 8.40 | 778 | 820 | 42 | 07/01/15 09/30/15 | | | |

Handwritten annotations:
- 254 units 5 ↓ 34
- Still @ 284 units
- MISC BILL XX
- X 1st entry by STAN URBAN

```
SYS DATE 093019  [URIWIN]                    VILLAGE OF DOLTON                              SYS TIME 10:54
                                        U / B  H I S T O R Y  I N Q U I R Y
  DATE: 09/30/19                          Monday September 30, 2019                             PAGE:   2
                                  DATE RANGE FROM 09/30/2011 THRU 09/29/2021
                 TR                         OLD      NEW    CONSUM    SERVICE              BALANCE    BALANCE
        DATE    CODE DESCRIPTION   AMOUNT   READING  READING UNITS   FROM/TO DATES    EST  BEFORE     AFTER
```

2081680100                          15101 GRANT STREET

| DATE | TR CODE | DESCRIPTION | AMOUNT | OLD READING | NEW READING | CONSUM UNITS | SERVICE FROM/TO DATES | EST | BALANCE BEFORE | BALANCE AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/15 | BI | Water    WATE | 235.62 | 778 | 820 | 42 | 07/01/15 09/30/15 | | | |
| 10/29/15 | BI | TOTAL | 298.89 | | | | | | 23.28 | 322.17 |
| 10/29/15 | UA | ADJUSTMENT | 298.89- | | | | *911 X 2nd Entry By Stan Urban* | | 322.17 | 23.28 |
| 11/19/15 | PI | PENALTY CHARG | 5.65 | | | | | | 23.28 | 28.93 |
| 11/19/15 | UA | ADJUSTMENT | 5.65- | | | | *911 X 3rd Entry By Stan URBan* | | 28.93 | 23.28 |
| 02/26/16 | BI | Garbage  TRAS | 54.87 | | | | 10/01/15 12/31/15 | | | |
| 02/26/16 | BI | Sewer    SEWE | 3.00 | 820 | 835 | 15 | 10/01/15 12/31/15 | | | |
| 02/26/16 | BI | Water    WATE | 84.15 | 820 | 835 | 15 | 10/01/15 12/31/15 E | | | |
| 02/26/16 | BI | TOTAL | 142.02 | | | | | | 23.28 | 165.30 |
| 02/26/16 | UA | ADJUSTMENT | 142.02- | | | | *911 X 4th entry by Stan Urban* | | 165.30 | 23.28 |
| 05/19/16 | BI | Garbage  TRAS | 54.87 | | | | 01/01/16 03/31/16 | | | |
| 05/19/16 | BI | Sewer    SEWE | 1.60 | 835 | 843 | 8 | 01/01/16 03/31/16 | | | |
| 05/19/16 | BI | Water    WATE | 56.10 | 835 | 843 | 8 | 01/01/16 03/31/16 E | | | |
| 05/19/16 | BI | TOTAL | 112.57 | | | | | | 23.28 | 135.85 |
| 05/19/16 | UA | ADJUSTMENT | 112.57- | | | | *911 V 5th Entry By Stan Urban* | | 135.85 | 23.28 |
| 07/11/16 | UA | ADJUSTMENT | 23.28- | | | | *911 X 6th Entry By Stan Urban* | | 23.28 | .00 |
| 08/04/16 | BI | Garbage  TRAS | 54.87 | | | | 04/01/16 06/30/16 | | | |
| 08/04/16 | BI | Sewer    SEWE | 1.20 | 843 | 849 | 6 | 04/01/16 06/30/16 | | | |
| 08/04/16 | BI | Water    WATE | 56.10 | 843 | 849 | 6 | 04/01/16 06/30/16 | | | |
| 08/04/16 | BI | TOTAL | 112.17 | | | | | | .00 | 112.17 |
| 10/31/16 | BI | Garbage  TRAS | 54.87 | | | | 07/01/16 09/30/16 | | | |
| 10/31/16 | BI | Sewer    SEWE | 1.80 | 849 | 858 | 9 | 07/01/16 09/30/16 | | | |
| 10/31/16 | BI | Water    WATE | 56.10 | 849 | 858 | 9 | 07/01/16 09/30/16 E | | | |
| 10/31/16 | BI | TOTAL | 112.77 | | | | | | 112.17 | 224.94 |
| 02/21/17 | BI | Garbage  TRAS | 54.87 | | | | 10/01/16 12/31/16 | | | |
| 02/21/17 | BI | Sewer    SEWE | 1.60 | 858 | 866 | 8 | 10/01/16 12/31/16 E | | | |
| 02/21/17 | BI | Water    WATE | 56.10 | 858 | 866 | 8 | 10/01/16 12/31/16 E | | | |
| 02/21/17 | BI | TOTAL | 112.57 | | | | | | 224.94 | 337.51 |
| 04/03/17 | CP | Payment(PSN) | 200.00 | CHECK #: PSN | | | | | 337.51 | 137.51 |
| 06/13/17 | BI | Garbage  TRAS | 54.87 | | | | 01/01/17 03/31/17 | | | |
| 06/13/17 | BI | Sewer R  SEWE | 1.60 | 866 | 874 | 8 | 01/01/17 03/31/17 E | | | |
| 06/13/17 | BI | Water R  WATE | 56.10 | 866 | 874 | 8 | 01/01/17 03/31/17 E | | | |
| 06/13/17 | BI | TOTAL | 112.57 | | | | | | 137.51 | 250.08 |
| 07/11/17 | PI | PENALTY CHARG | 1.35 | | | | | | 250.08 | 251.43 |
| 09/13/17 | BI | Garbage  TRAS | 61.50 | | | | 04/01/17 06/30/17 | | | |
| 09/13/17 | BI | Sewer R  SEWE | 24.60 | 874 | 922 | 48 | 04/01/17 06/30/17 | | | |
| 09/13/17 | BI | Water R  WATE | 269.28 | 874 | 922 | 48 | 04/01/17 06/30/17 | | | |
| 09/13/17 | BI | TOTAL | 355.38 | | | | | | 251.43 | 606.81 |
| 10/06/17 | PI | PENALTY CHARG | 6.46 | | | | | | 606.81 | 613.27 |
| 11/10/17 | BI | Garbage  TRAS | 61.50 | | | | 07/01/17 09/30/17 | | | |
| 11/10/17 | BI | Sewer R  SEWE | 17.00 | 922 | 932 | 10 | 07/01/17 09/30/17 E | | | |
| 11/10/17 | BI | Water R  WATE | 56.10 | 922 | 932 | 10 | 07/01/17 09/30/17 E | | | |
| 11/10/17 | BI | TOTAL | 134.60 | | | | | | 613.27 | 747.87 |
| 12/04/17 | PI | PENALTY CHARG | 1.35 | | | | | | 747.87 | 749.22 |
| 01/26/18 | BI | Garbage  TRAS | 61.50 | | | | 10/01/17 12/31/17 | | | |
| 01/26/18 | BI | Sewer R  SEWE | 17.00 | 932 | 942 | 10 | 10/01/17 12/31/17 E | | | |
| 01/26/18 | BI | Water R  WATE | 56.10 | 932 | 942 | 10 | 10/01/17 12/31/17 E | | | |
| 01/26/18 | BI | TOTAL | 134.60 | | | | | | 749.22 | 883.82 |
| 04/19/18 | PI | PENALTY CHARG | 1.35 | | | | | | 883.82 | 885.17 |

*Adjustments / meter should be at 911 or max ended @ 922*

```
SYS DATE 093019  [URIWIN]                    VILLAGE OF DOLTON                        SYS TIME 10:54
                                        U / B   H I S T O R Y   I N Q U I R Y
    DATE: 09/30/19                         Monday September 30, 2019                       PAGE:   3
                                     DATE RANGE FROM 09/30/2011 THRU 09/29/2021
                        TR                    OLD        NEW    CONSUM      SERVICE          BALANCE   BALANCE
         DATE          CODE  DESCRIPTION  AMOUNT  READING  READING  UNITS  FROM/TO DATES   EST  BEFORE   AFTER
    ==========================================================================================================

    2081680100                                   15101 GRANT STREET


         04/24/18  BI  Garbage  TRAS   61.50                               01/01/18 03/31/18
         04/24/18  BI  Sewer R  SEWE   17.00      942       952       10   01/01/18 03/31/18 E
         04/24/18  BI  Water R  WATE   56.10      942       952       10   01/01/18 03/31/18 E
         04/24/18  BI  TOTAL           134.60                                                    885.17   1019.77

         07/27/18  BI  Garbage  TRAS   61.50                               04/01/18 06/30/18
         07/27/18  BI  Sewer R  SEWE   17.00      952       962       10   04/01/18 06/30/18 E
         07/27/18  BI  Water R  WATE   56.10      952       962       10   04/01/18 06/30/18 E
         07/27/18  BI  TOTAL           134.60                                                   1019.77   1154.37

         10/30/18  BI  Garbage  TRAS   61.50                               07/01/18 09/30/18
         10/30/18  BI  Sewer R  SEWE   18.20      962       978       16   07/01/18 09/30/18
         10/30/18  BI  Water R  WATE   89.76      962       978       16   07/01/18 09/30/18
         10/30/18  BI  TOTAL           169.46                                                   1154.37   1323.83

         02/04/19  BI  Garbage  TRAS   61.50                               10/01/18 12/31/18
         02/04/19  BI  Sewer R  SEWE   17.00      978       988       10   10/01/18 12/31/18 E
         02/04/19  BI  Water R  WATE   56.10      978       988       10   10/01/18 12/31/18 E
         02/04/19  BI  TOTAL           134.60                                                   1323.83   1458.43

         04/18/19  CP  Payment(Cash   800.00                                                    1458.43    658.43

         04/29/19  BI  Garbage  TRAS   61.50                               01/01/19 03/31/19
         04/29/19  BI  Sewer R  SEWE   49.40      988      1160      172   01/01/19 03/31/19
         04/29/19  BI  Water R  WATE  964.92      988      1160      172   01/01/19 03/31/19
         04/29/19  BI  TOTAL          1075.82                                                    658.43   1734.25

         07/30/19  BI  Garbage  TRAS   61.50                               04/01/19 06/30/19
         07/30/19  BI  Sewer R  SEWE   15.00     1160                      04/01/19 06/30/19
         07/30/19  BI  Water R  WATE   56.10     1160                      04/01/19 06/30/19
         07/30/19  BI  TOTAL          132.60                                                    1734.25   1866.85

         09/11/19  PI  PENALTY CHARG    1.35                                                    1866.85   1868.20

                              ** END OF HISTORY **

                           CURRENT BALANCE IS:        1868.20
```

*handwritten annotations:*

\* no documentation for
10 units charged @ $56.10

1160 - 911 = 249 ≠ 10 units
239 units    (7/30/2019)

Total Water 239 units =

Riley H. Rogers...............................Mayor
Mary Kay Duggan.....................Village Clerk
TRUSTEES
Cathern L. Bendell.....................Tiffany Henyard
Sabrina G. Smith.....................Robert E. Hunt, Jr.
Stanley H. Brown.........................Robert Pierson

VILLAGE OF DOLTON   14014 Park Avenue Dolton, Illinois 60419-1098   Cook County 708 849-4000 Fax 708 201-3307

# REQUEST FOR COPIES OF PUBLIC RECORDS UNDER THE ILLINOIS FREEDOM OF INFORMATION ACT

**Name:** Irina Downs          **Date:** 8/27/2013

**Address:** 15101 Grant Street          **Phone:** (312) 404-7336

**City:** Dolton          **State:** IL          **Zip Code** 60419

**PERSON OR ENTITY REPRESENTED:** _____

**PUBLIC RECORD REQUESTED (be specific):** _____

- Record of meter installation in 2012/2013 and also the yellow meter reading receipts from 9/2011 - 8/2013

**Signature of Petitioner:** _____

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**VILLAGE USE ONLY:**

**DATE OF COMPLIANCE:** _____ **DATE OF DENIAL:** _____

**REASON FOR DENIAL:** _____

**SIGNATURE OF AUTHORITY:** _____

**DEPARTMENTAL REQUEST FOR RECORDS:**
**ADM. SERVICE:** ____ **FIRE:** ____ **HOUSING:** _____ **HOUSING COMM:** _____
**LEGAL:** _____ **MAYOR'S OFF:** _____ **PERSONNEL:** _____ **POLICE:**_____
**PUBLIC WORKS:**_____ **TREASURERS:**_____ **OTHER:** _____

Utility Billing Account Inquiry

Account#-  00020816801   Serv Addr: 15101   GRANT STREET
Alpha Sort Name- ROGAN, CHARLES
Water Meter History Periods 13-24

| | Read Date | Reading 1 | Code | Consumption 1 | Reading 2 | Code | Consumption 2 |
|---|---|---|---|---|---|---|---|
| 13- | 6/30/12 | 269 | E | 15 | 337 (332 +15.) | | |
| 14- | 3/31/12 | 254 34 | A | 11.15 ·20'' | | | |
| 15- | 9/30/11 | 288 | A | | | | |
| 16- | 6/30/11 | 288 | E | 15 | | | |
| 17- | 3/31/11 | 273 | A | | | | |
| 18- | 12/31/10 | 273 | A | 30 | | | |
| 19- | 9/30/10 | 243 | E | 15 | | | |
| 20- | 6/30/10 | 228 | E | 15 | | | |
| 21- | 3/31/10 | 213 | A | 2 | | | |
| 22- | 12/31/09 | 211 | E | 15 | | | |
| 23- | 9/30/09 | 196 | A | 6 | | | |
| 24- | 6/30/09 | 190 | A | 7 | | | |

063,783,96

F1 - Reset/Ignore       F2 - Page Back       483

332

442
322
120 units @ 43.8 e

470
442
28 units

504
-470  x 4.38
3 units

634
-504 units
130 x 4.66

677
634  43 ^ 4.98

720
677
43 units x 4.98

763
720 x 5.23
43 units

(12.31.12) 374 A
(9.30.11) 288 A
34
322

288
254
34 units

769 (9-21-2015)
-322
447 units

Meter History

Exhibit 2

# VILLAGE OF DOLTON
**14122 CHICAGO ROAD**
**DOLTON, IL 60419**

## U T I L I T Y   S T A T E M E N T

CHARLES ROGAN
15101 GRANT STREET
DOLTON IL 60419

| | |
|---|---|
| Last Payment Date: | Never |
| Last Payment Amount: | .00 |
| Last Bill Date: | 05/19/2016 |
| Last Bill Amount: | 112.57 |
| Service Address: | 15101 GRANT STREET |
| Account: | 208 1680 100 |

### Outstanding Charges from Current Bill:

| Charge Date | Service | Description | | Charge Amount |
|---|---|---|---|---|
| 05/19/2016 | SEWER SERVICES | Sewer | SEWER | 1.60 |
| 05/19/2016 | TRASH | Garbage | TRASH | 54.87 |
| 05/19/2016 | WATER SERVICES | Water | WATER | 56.10 |

|  | Account Balance: | 1081.98 |
|---|---|---|

### Previous Outstanding Charges:

| Charge Date | Service | Description | | Charge Amount |
|---|---|---|---|---|
| 02/26/2016 | SEWER SERVICES | Sewer | SEWER | 3.00 |
| 02/26/2016 | TRASH | Garbage | TRASH | 54.87 |
| 02/26/2016 | WATER SERVICES | Water | WATER | 84.15 |
| 11/19/2015 | WATER SERVICES | WATER SERVICES | | 5.65 |
| 10/29/2015 | SEWER SERVICES | Sewer | SEWER | 8.40 |
| 10/29/2015 | TRASH | Garbage | TRASH | 54.87 |
| 10/29/2015 | WATER SERVICES | Water | WATER | 235.62 |
| 10/01/2015 | MISC. SERVICES | Misc Water | | 309.76 |
| 10/01/2015 | MISC. SERVICES | Misc Sewer | | 25.20 |
| 10/01/2015 | MISC. SERVICES | Misc Refuse | | 164.61 |
| 10/01/2015 | MISC. SERVICES | Misc Penalty | | 23.28 |

# CORRECTED BILL

| | |
|---|---|
| Account: | 208 1680 100 |
| Service Address: | 15101 GRANT STREET |

CHARLES ROGAN

Exhibit 8

There was a corrected bill sent stating I never made a payment when in fact there were payments made in the amount of $2,500.00. The payments were as follows:

8/24/2012.  $200.00
12/10/2012 $100.00
3/7/2013-   $150.00
8/30/2013-  $500.00
9/13/2013-   $50.00
12/5/2013-  $400.00
3/7/2014-   $200.00
6/13/2014 - $100.00
9/11/2014 - $100.00
12/9/2014 - $200.00
5/13/215-   $600.00
-----------------------------------
A total of. $2500.00


$2500.00
$1081.98
---------------
$1418.02 owed to Trina Downs from VOD water department.

Utility statement

Exhibits



# VILLAGE OF DOLTON

Riley H. Rogers.................................Mayor
Mary Kay Duggan.......................Village Clerk

## TRUSTEES

Deborah Denton     Tiffany Henyard     Jason House
Duane Muhammad     Robert E. Pierson, Jr.   Valeria Stubbs

CHARLES ROGAN
15101 GRANT STREET
DOLTON IL 60419

January 12, 2018

Our records indicate that your account 2081680100* for the property located at 15101 GRANT STREET        is past due.  The balance of $ 749.22 must be paid within 10 days from the date of this letter.  Failure to do so will result in your water services being terminated.  **IF YOUR WATER IS SHUT OFF, YOU WILL NEED TO PAY YOUR BILL IN FULL ALONG WITH A RECONNECTION FEE AND IT WILL TAKE UP TO 48 HOURS BEFORE YOUR SERVICES ARE RESTORED (NOT INCLUDING WEEKENDS AND HOLIDAYS).**

Payments can be made at the Village Hall Payment Center located at 14122 Chicago Road between the hours of 9:00am and 5:00pm Monday through Friday.  Payments can also be made online at www.vodolton.org .

Thank you,

*Janice Johnson*
Janice Johnson
Director of Administrative Services

If you have recently made this payment, kindly disregard this notice.  If paying online, please allow up to 48 hours for your payment to be processed.  **IF YOUR WATER HAS BEEN SHUT OFF AND YOU PAY ONLINE, YOU MUST CALL THE OFFICE WITH YOUR PAYMENT CONFIRMATION NUMBER.**

# URGENT

# UTILITY DISCONNECT NOTICE

*proof shut off notice always been
separate for Bill č due puress

# VILLAGE OF DOLTON

Riley H. Rogers...............................Mayor
Mary Kay Duggan.....................Village Clerk

**TRUSTEES**

Deborah Denton      Tiffany Henyard       Jason House
Duane Muhammad    Robert E. Pierson, Jr.   Valeria Stubbs

# ATTENTION

We would like to inform you of an important change in the way we accept payments.

Effective May 1, 2019, the Village of Dolton will no longer accept **cash** as a payment option.

The following methods are accepted:

- Personal/Cashier Check
- Money Order
- Credit/Debit cards currently accepted include EMV Chip Visa, MasterCard, and Discover
- Personal Checks are not accepted for past due water bill amounts and water service disconnection notices.

October 29,2019 6:20 pm

Sonye London,

There have been repeated attempts to resolve my bill with you according to the payments made to the water department. In accordance to agreed adjustments by Stan Urban, Village Administrator my bill was supposed to be adjusted thru 911 on my meter. Previous Corrections and adjustments made toward my bill for the agreed 911have been made also there are comments left in the water department computer system six times by Stan Urban along with the meter reading of 911 those comments meter reading and adjustments have gone ignored by your department since 8/4/2016. I do not work in the water department and proper documentation was left in the computer system so it is not my fault that the water department is a mess.  As recorded when speaking you on numerous occasions you admitted there were huge mistakes made. Also there needs to be adjustments on bills that were from 8/4/2016, 10/31/2016,2/21/2017, 6/13/2017 and 9/13/2017 need to be adjusted all in the amount of $613.27 because I was not at 911 during those cycles. The following is a breakdown of what is owed which is zero to Village of Dolton
Water Department and **$109.50 is OWED to Trina Downs from Village of Dolton Water Department**

.

**The last billing cycle  7/30/2019 Reflects the reading of 1160 and the 10 units that were paid for are not the printout emailed by you on 9/30/2019 or my bill I would like that corrected ASAP and the 10 units are reflected in the accounting. Pursuant to correct billing the final 1160 - 911 is 249 units of water 249 units of water minus 10 units charged for but not reflected on the 7/30/2019 bill is 239 units of water the following is a breakdown of what is owed including water,sewage and refuse plus adjustment.**

**\*\*\*\*\*\*Adjustments for billing (8/4/2016,10/31/2016,6/13/2017,9/13/2017) $613.27**

**$613.27(Adjustment due)-$ $503.77( balance owed to VOD water department) = $109.50 owed to Trina Downs by the Village of Dolton Water Department.**

**Please also be advised this amount does not reflect the following :**

**($1418.02 still owed by Village of Dolton in regards to 5/19/3016 utility statement and I would like this money refunded.)**

249 units -10 units (not reflected on bill for 7/30/2019)= 239 units of water
4 cycles of refuse @ $54.87
9 cycles of refuse @$ 61.50
13cycles of sewage @$198.40

239 units of water (1160-911+ 10units not on 7/30/2019 bill but charged=    $1340.79
 4 cycles of refuse @ $54.87 = $219.48
 9 cycles of refuse @$ 61.50= $553.50
 13cycles of sewage @$3.00=   $39.00
-------------------------------------------------------
        Total of payments owed
                    $2312.17
        Total payments $1808.40
-------------------------------------------------------
                $503.77 balance
        Minus Adjustment $613.27
        _____
        Owed to Trina Downs from Village of Dolton Water Department $109.50

 Gmail

**Trina Downs <trinadowns72@gmail.com>**

---

# Online consumer complaint to Office of Attorney General received
3 messages

---

**Office of the Illinois Attorney General** <CCForm@atg.state.il.us>          Mon, Sep 30, 2019 at 1:34 PM
To: Trina Downs <trinadowns72@gmail.com>

Ref #: OAG2019-000073282

PLEASE DO NOT REPLY TO THIS MESSAGE.  THIS MAILBOX IS NOT MONITORED FOR INCOMING MESSAGES.

Dear Consumer,

Thank you for contacting the Office of the Attorney General online regarding your consumer complaint.  We have received
your online complaint (and, if applicable, attachments of supporting documents) and will be reviewing it over the next few
weeks to determine what assistance we may provide.  Once we have reviewed the complaint and made a determination,
we will send you written notification of our decision.  If your complaint is retained by this office, a staff person may forward
your complaint and supporting documents to the business involved requesting a response.  Please know that your
concerns are important to us.  We thank you in advance for your patience.


Very truly yours,

Kwame Raoul
Illinois Attorney General

---

**Trina Downs** <trinadowns72@gmail.com>          Mon, Sep 30, 2019 at 2:10 PM
To: aminer@atg.state.il.us

[Quoted text hidden]

--
Ms.Trina Downs

---

**Trina Downs** <trinadowns72@gmail.com>          Mon, Sep 30, 2019 at 4:36 PM
To: tlmolina@cbs.com

---------- Forwarded message ---------
From: **Office of the Illinois Attorney General** <CCForm@atg.state.il.us>
Date: Mon, Sep 30, 2019, 1:40 PM
Subject: Online consumer complaint to Office of Attorney General received
To: Trina Downs <trinadowns72@gmail.com>


[Quoted text hidden]

# COOK COUNTY SHERIFF
## Inspector General - Village of Dolton

### COMPLAINT FORM

***Please type or print clearly below.***

Return completed form to:    COOK COUNTY SHERIFF'S OFFICE
3026 S. California Ave., Bldg. 5, 2nd floor
Chicago, IL 60608
Email: Public.Corruption@cookcountyil.gov
Fax:    (773) 674 - 4797

Cook County Sheriff's Public Corruption Hotline:    (773) 674 - 4775

The Office of the Inspector General accepts anonymous complaints; however, the inability to discuss the complaint with you may prevent us from investigating the complaint thoroughly.

### Date and Time of Complaint

Date: September 30,2019    Time: 2:28pm

### Contact Information:

Name: Trina Downs

Date of Birth: August 28th1972

Address: 16101 Grant Street

City: Dolton    State: IL    Zip: 60419

Home Phone: 312-285-5011    Other Phone: 708-730-4450

E-mail: trinadowns72@gmail.com

Check Preferred Method of Contact:    Mail ☐    Phone ✔    Email ✔

Are you an employee of the Village of Dolton?    Yes ☐    No ✔

### Subject(s) of the Complaint:

Please provide as much detailed information as possible about the individual(s) and activity you are complaining about.

  1.  Name: Village of Dolton

      Department: Water Department

      Phone: 708-849-4000    Address: 14122 Chicago Road, Dolton, IL 60419

      City: Dolton    State: Illinois    Zip: 60419

1

2. Name: Village of Dolton

   Department: Police Department

   Phone: 708-841-2533   Address: 14122 Chicago Road

   City: Dolton   State: IL   Zip: 60419

3. Name: Village of Dolton

   Department: Administrator Elizabeth Scott

   Phone: 708-841-   Address: 14122 Chicago Road

   City: Dolton   State: IL   Zip: 60419

**Summary of your Complaint**:

The Village of Dolton has knowingly billed me fraudulently for my water bill from 2011 to current by starting me at a $2420.16 balance and pushing my meter back consistently overcharging me for water with knowledge.

In addition the Village of Dolton has illegal shut off water at my residence knowing by not sending a shut off notice and also an fraudulent bill or as quoted by current water department manager Sonye London "A HUGE MISTAKE" Also Sonye London stated that comments were entered into the computer and the former supervisor made a mistake in the system.

Village Trustee Jason House admits at a finance committee meeting 9/25/2019 before my water shut off termination with Tammi Brown and Ed Steve present Village trustees that sit on the finance committee and also Elizabeth Scott Village Administrator with residents of Dolton and others present that The Village of Dolton Water Department Computers have an error issue as it pertains to outstanding bills.

VIDEO link PROOF OF FINANCE MEETING pursuant to previous statements

https://youtu.be/hpk7mwz2rlU

Knowing that the Village computer system is in error and admittance by the water department that huge mistakes were made on my bill my water is shut off and Sonye London Village of Dolton water department manager declined to restore service.

The Village of Dolton also used the police as a means of harassment each time I went invited to the Village of Dolton to discuss my bill. Multiple video available also video in water department and village hall CBS news also has footage available on request (Witness Tiffany Henyard, Sonye London and Ernest Mobley)

Printout of Water Bill

https://drive.google.com/file/d/0B_kEAosrZDG2Y3hPMzQwQnZqRndWVHptanRTYVN0bTZlYjYw/view?usp=sharing

*Use additional paper, if necessary. Also, please attach any available documentation in support of your Complaint.*

Copy of Complaint filed with Illinois Attorney General Office Kwame Raul and ICC Inspector General

https://drive.google.com/file/d/1H5WEr3uCz5erZQMBP3uEUbOALiAFJ_Zs/view?usp=sharing

2

**Other person(s) who could be a witness to the Complaint you have alleged:**

1. Name: Tiffany Henyard

   Department: Village of Dolton Trustee

   Phone: 773-615-1128    Address: 14122 Chicago Road, Dolton, IL 60419

   City: Dolton    State: IL    Zip: 60419

2. Name: Ernest Mobley

   Department: Village of Dolton Police Chief

   Phone: 708-849-4000    Address: 14122 Chicago Road

   City: Dolton    State: Illinois    Zip: 60419

3. Name: Sonye London

   Department: Village of Dolton Water Department Manager

   Phone: 708-849-4000    Address: 14122 Chicago Road

   City: Dolton    State: IL    Zip: 60419

- Are there any documents regarding the wrongful act or omission? (i.e. contracts, memos, letters, evaluation forms, minutes of meetings, etc.)  YES
  video, billing printouts and receipts

- Are you aware of the existence and location of any other relevant evidence? (i.e. photographs, receipts, personal or real property, etc.)  Village of Dolton Water Department
  I also have receipts and notes are commented in the Village of Dolton water Department Computer system

- Have you notified any other Federal, State or local agency of your complaint or filed a lawsuit or grievance related to these matters?    Yes ✔    No ☐

  If yes, with what agency did you file a complaint?  The FBI as well as Attoney General Kwame Raul

  What is the complaint number?  OAG2019-000073282 Illinois Attorney General , contact FBI for com

  Briefly summarize the results: _____

  _____

- May we refer your complaint to the appropriate agency if necessary?  Yes ✔    No ☐

- If the Office of the Inspector General refers your complaint to a the Cook County State's Attorney, U.S. Attorney or any other federal or local agency, may we provide them with your name and contact information?    Yes ✔    No ☐

3