**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TRINA L. DOWNS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 19 CV 7266** |
| | ) |
| **VILLAGE OF DOLTON, SONYE** | ) |
| **LONDON, JANICE JOHNSON,** | ) **Honorable Judge Martha M. Pacold** |
| **ELIZABETH SCOTT and RILEY** | ) |
| **ROGERS (Mayor),** | ) |
| | ) |
| **Defendants.** | ) |

## STATUS REPORT

On April 24, 2020, this Court issued its Third Amended General Order 20-0012, which instructed parties to file a joint status report in cases where no order had been issued since March 16, 2020. Since Plaintiff is proceeding pro-se, Counsel for Defendants have drafted the below status report in compliance with the Third Amended General Order 20-0012.

**A.** **Progress of Discovery:**

The parties have not issued discovery requests.

**B.** **Status of Briefing on Any Unresolved Motions:**

There are currently no pending motions. Defendants intend to file a Motion to Dismiss Plaintiff's Amended Complaint.

**C.** **Settlement Efforts:**

The parties were set for a status hearing to schedule a settlement conference before Honorable Susan E. Cox on March 18, 2020 at 9:45 a.m. The status hearing was stricken on March 17, 2020.

The parties have not engaged in any settlement discussions.

**D.**      **Agreed Proposed Schedule for Next 45 Days:**

The parties do not propose any change to the schedule for the next 45 days.

**E.**      **Agreed Revised Discovery Schedule:**

There is currently no discovery schedule in place.

**F.**      **Agreed Action to be Taken Without Hearing:**

None

**G.**      **Telephonic Hearing:**

The parties do not currently have any need for a telephonic hearing. Should any issues arise, the parties will file the appropriate motions.

Respectfully submitted,

VILLAGE OF DOLTON, et al. Defendants

By:     /s/ John B. Murphey           
          Their Attorney

John B. Murphey
Odelson & Sterk, Ltd.
3318 W. 95th Street
Evergreen Park, Illinois 60805
708-424-5678/Fax: 708-741-5070
jmurphey@osmfm.com

### PROOF OF SERVICE

I, John B. Murphey, an attorney, certify that I served the foregoing document on all parties of record through the Court's CM/ECF filing system on May 15, 2020, which will send notification of said filing to all parties of record and also served via U.S. mail, proper postage prepaid, to:

> Trina L. Downs
> 15101 Grant Street
> Dolton, Illinois  60419

By:     /s/ John B. Murphey

John B. Murphey
Odelson & Sterk, Ltd.
3318 W. 95th Street
Evergreen Park, Illinois 60805
708-424-5678/Fax: 708-741-5070
jmurphey@osmfm.com